IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

In Re: Case No: 13-33239-DHW

Tiffany R Walker  Chapter: 13
SSN:  xxx-xx-3755

Debtor

NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF COPIES

Comes now and requests all to take note, FEDERAL NATIONAL MORTGAGE ASSOCIATION ("FANNIE MAE"), CREDITOR, C/O SETERUS, INC., a Creditor and party in interest in the above captioned title 11 petition, by and through the undersigned counsel of record, Sirote & Permutt, P.C., be and hereby appears and request copies of all pleadings, including but not limited to, all notices, motions, applications, lists, schedules, statements, and all other matters arising herein, be duly served on FEDERAL NATIONAL MORTGAGE ASSOCIATION ("FANNIE MAE"), CREDITOR, C/O SETERUS, INC., by and through its legal counsel of record, at the address set forth below, pursuant to Bankruptcy Rule 2002 and 9010(b).

/s/ Enslen Crowe
Enslen Crowe (CRO 098)
Diane Murray (MUR-048)
Donald M. Wright (WRI 021)
Thomas G. Tutten, Jr. (TUT-003)
Attorney for Creditor

OF COUNSEL:
Enslen Crowe
Sirote & Permutt, P.C.
P.O. Box 55887
Birmingham, Alabama 35255-5887
Telephone: (205) 918-5013/Fax: (205) 212-2989
ecrowe@sirote.com

CERTIFICATE OF SERVICE

I hereby certify that on this the 2nd day of April, 2014, a copy of the foregoing pleading was served upon the following parties to this proceeding via electronic case management:

Joshua C Milan
SMC Legal
566 S. Perry Street
Montgomery, AL 36104
jmilam@smclegal.com

Curtis C. Reding
P.O. Box 173
Montgomery, AL 36101
trustees_office@ch13mdal.com

/s/ Enslen Crowe
OF COUNSEL