UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re                                    Case No. 13-33239-DHW
                                         Chapter 13
TIFFANY WALKER,

      Debtor.

## ORDER GRANTING MOTION TO AMEND
## AMENDED ORDER GRANTING MOTION TO INCUR DEBT

      The court granted the debtor's motion to incur debt by order (Doc. #34) entered on June 17, 2014, according to the terms of the motion to incur debt (Doc.# 31).  Between the time of the filing of the motion to incur debt and the order granting the motion, the vehicle the debtor had chosen to purchase was sold.  The debtor has filed a motion (Doc. #38) requesting an amendment to the order, allowing her to incur debt for the purchase of a different vehicle.  Upon consideration of the motion, it is

      ORDERED that the motion is GRANTED.  It is

      FURTHER ORDERED that the motion to incur debt (Doc. #31) is GRANTED so that the debtor may incur debt to purchase a 2012 Nissan Sentra for $14, 919.00, with $13,832.85 financed at an interest rate of 22.45% and monthly payments of $366.63 for 66 months.

      Done this 17th day of July, 2014.

                                  /s/ Dwight H. Williams, Jr.
                                  United States Bankruptcy Judge

c:      Debtor
       Joshua C. Milam, Attorney for Debtor
       Curtis C. Reding, Trustee
       All Creditors